THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN C. CLEMENT, Appellant.— Appeal from an order of County Court, Franklin County, denying a motion for a writ of error *coram nobis*. Appellant pleaded guilty on June 28, 1948, to the first count of an indictment which charged rape in the first degree. The indictment was regular on its face and must be presumed to have been properly returned by the Grand Jury of Franklin County. Appellant made his plea of guilty in open court and while aided by counsel. He now argues that the indictment was not sufficiently supported by evidence corroborating the complaining witness; that his conviction must be supported by other evidence, and his " confession " is insufficient. Appellant's plea of guilty to the indictment is a sound basis for the judgment of conviction and needs no other support. Certainly where an indictment is properly returned and a defendant pleads guilty to rape there is no need to parallel the plea by other supporting evidence of the act complained of. Defendant's acceptance of the charge as true and well founded is enough. The present District Attorney was the assigned counsel for the appellant in 1948. Since his appearance here in opposition to this appeal might be a professionally inconsistent position, the court permits his appearance and his brief to be withdrawn and they are withdrawn. Appellant's additional brief attacking the District Attorney is improper and it is expunged from the record. Order unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of ROBERT HARDWICK et al., Appellants, against BERNHARDT S. KRAMER, as City Clerk of the City of Kingston, et al., Respondents.— Appeal from an order of the Supreme Court at a Special Term for Greene County, which denied a motion for an order to compel the city clerk of the City of Kingston and the corporation counsel to accept and transmit a proposed local law, with an abstract thereof, to the Commissioners of Election of Ulster County, pursuant to sections 18 and 19-a of the City Home Rule Law. The Special Term held, *inter alia,* that the proposed local law leaves entirely to the common council the problem of finding revenues sufficient to pay increased salaries for firemen and policemen, and hence does not present a sufficient plan, within the meaning of the statute, to provide moneys and revenues to meet the proposed expenditures. Order unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [200 Misc. 207.]